# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20160-JB

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

BH SOUTH DIXIE SL MALL LLC,

    Defendant.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, BH SOUTH DIXIE SL MALL LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on June 2, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* | By: */s/ Alejandro I. Leiva* |
| **RAMON J. DIEGO** | **GARRY W. O'DONNELL** |
| Florida Bar No. 689203 | Florida Bar No. 478148 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **ALEJANDRO I. LEIVA** |
| | Florida Bar No. 118309 |
| 5001 SW 74th Court, Suite 103 | **GREENSPOON MARDER LLP** |
| Miami, FL 33155 | 200 E. Broward Boulevard, Suite 1800 |
| Telephone: (305) 350-3103 | Ft. Lauderdale, FL 33301 |
| Email: ramon@rjdiegolaw.com | Telephone: (954) 491-1120 |
| *Counsel for Plaintiff* | E-mails: alex.leiva@gmlaw.com; |
| | Garry.odonnell@gmlaw.com; |
| | *Attorneys for Defendant, BH SOUTH DIXIE SL MALL LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on June 2, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com

By: */s/ Ramon J. Diego*
　　　RAMON J. DIEGO