UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20160-JB

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

BH SOUTH DIXIE SL MALL LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Final Dismissal With Prejudice. ECF No. [14]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs except as provided in their settlement agreement. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 2nd day of June, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE